EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 13 |
| Antonio José Cruz Bonilla | 173 DPR _____ |

Número del Caso: AB-2006-341

Fecha: 11 de enero de 2008

Abogado de la Parte Querellada:

Por derecho propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Antonio José Cruz Bonilla

AB-2006-341

PER CURIAM

San Juan, Puerto Rico, a 11 de enero de 2008

El 15 de diciembre de 2006, la Secretaria de este Tribunal curso comunicación al abogado Antonio José Cruz Bonilla mediante la cual le informó, y le incluyó copia, de una queja contra él presentada por la Sra. Luisa Isaac Aponte, concediéndole el término de diez (10) días para que se expresara sobre la misma.

El abogado Cruz Bonilla solicitó una prórroga de quince (15) días para presentar su contestación. El 15 de febrero de 2007, y a solicitud de éste, le concedimos una prórroga adicional de quince (15) días. El 1 de mayo de 2007 el abogado Cruz Bonilla solicitó un breve término adicional para presentar su contestación a la queja, concediéndosele a éste hasta el 8 de mayo de 2007 para presentar la misma.

Mediante Resolución de 18 de julio de 2007, y en vista de la incomparecencia del abogado, le concedimos el término de diez (10) días para contestar la queja contra él presentada. Le apercibimos en esa ocasión que el incumplimiento con dicha Resolución podría conllevar sanciones disciplinarias severas, incluyendo la suspensión al ejercicio de la profesión. Dicha Resolución le fue notificada personalmente a Cruz Bonilla el 21 de agosto de 2007. Al día de hoy no ha comparecido.

I

Uno de los compromisos que asume cada uno de los abogados que presta juramento ante este Tribunal está relacionado con la facultad inherente de este Foro de reglamentar el ejercicio de la abogacía. Se trata del deber de todo abogado de atender y cumplir con los requerimientos y órdenes de este Tribunal. Sobre este particular, hemos sido enfáticos al señalar que la naturaleza y práctica de la abogacía requiere una escrupulosa atención y obediencia a las órdenes de este Tribunal, particularmente en la esfera de conducta profesional.

Asimismo, hemos expresado que el compromiso de todo abogado de mantener y contribuir a un orden jurídico

íntegro y eficaz, con el propósito de lograr la más completa confianza y apoyo de la ciudadanía, se extiende no sólo a la esfera de la litigación de causas, sino a la jurisdicción disciplinaria de este Tribunal. *In re*: Ríos Acosta, 143 D.P.R. 128 (1997). A tono con lo anterior, hemos señalado que, independientemente de los méritos de las quejas presentadas en contra de un abogado, éste tiene la obligación ineludible de responder prontamente a nuestros requerimientos. *In re*: Rodríguez Mena, 126 D.P.R. 202 (1990).

Debe mantenerse presente que la desatención a las órdenes de este Tribunal constituye una violación al Canon 9 del Código de Ética Profesional, en lo relativo a la exigencia de respeto hacia los tribunales. *In re*: Salichs Martínez, 131 D.P.R. 481 (1992). Demás está decir que en estas situaciones, de renuencia a cumplir con nuestras órdenes, procede la suspensión temporal o indefinida del ejercicio de la abogacía. *In re*: Osorio Díaz, 146 D.P.R. 39 (1998); *In re*: González Albarrán, 139 D.P.R. 543 (1995); *In re*: Serrano Mangual, 139 D.P.R. 602 (1995); *In re*: Bonaparte Rosaly, 131 D.P.R. 908 (1992); *In re*: Colón Torres, 129 D.P.R. 490 (1991).

II

De todo lo antes expuesto, resulta obvio, no sólo que a Antonio J. Cruz Bonilla no le interesa seguir ejerciendo la honrosa profesión de abogado, sino que procede que decretemos la separación indefinida e inmediata de éste del ejercicio de la abogacía y de la notaría en nuestra jurisdicción.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Antonio José Cruz Bonilla

AB-2006-341

SENTENCIA

San Juan, Puerto Rico, a 10 de enero de 2008

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata de Antonio J. Cruz Bonilla del ejercicio de la abogacía y de la notaría en nuestra jurisdicción hasta que otra cosa disponga este Tribunal. Asimismo, le imponemos a éste el deber de notificar a todos sus clientes de su inhabilidad de seguir representándolos e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes, notificando también al Procurador General.

La Oficina del Alguacil de este Tribunal procederá, de inmediato, a incautarse de la obra y sello notarial de Antonio J. Cruz Bonilla, luego de lo cual los entregará a la Oficina de Inspección de Notarías para su examen e informe a este Tribunal.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo